# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America v. **Israel Guzman** DOB: 1991; United States | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. 21-04498MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 11, 2021, in the District of Arizona, **Israel Guzman**, knowing and in reckless disregard of the fact that certain illegal aliens, including Xiangchao Kong, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 11, 2021, in the District of Arizona (North Komelik), Casa Grande Border Patrol Station placed a "Be on the lookout" on a white Toyota which was attempting to circumvent the F-R15 checkpoint. The vehicle was driving on a dirt road that leads to FR-42. The dirt road is commonly used by human smugglers who are attempting to avoid inspection at the checkpoint. An agent responded to the call and drove northbound on the dirt road that circumvents the checkpoint. After several minutes, the agent caught up to a white 2020 Toyota Tacoma with California license plates. Records checks revealed that the vehicle had border crossings earlier today. The agent activated his emergency equipment and the Toyota stopped. The agent approached the vehicle and saw two subjects lying in the bed of the truck, both attempting to hide their face. Also, camouflage clothing was lying on the bed of the truck. The outside temperature was approximately 100 degrees Fahrenheit and the black plastic bed liner was very hot, both subjects lying in the bed of the truck were sweating profusely. The BPA then approached the cab and saw approximately seven people inside the five-person capacity cab. The driver was identified **Israel Guzman**, a U.S. Citizen. There were eight passengers in the vehicle who admitted they were in the U.S. illegally. One passenger was identified as Xiangchao Kong.

Records checks revealed that Xiangchao Kong was a citizen of China who did not have the proper immigration documentation to enter or remain in the U.S. legally.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Xiangchao Kong

| Detention Requested <br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br> AUTHORIZED BY: AUSA JAA/ri *Ach* | SIGNATURE OF COMPLAINANT <br><br> OFFICIAL TITLE <br> Border Patrol Agent |
|---|---|
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] <br> Maria S. Aguilera | DATE <br> June 14, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54